September 27, 2013

Subject: Case number: 2:13-CV-00592-PHX-GMS filed in the United States District Court of the District of Arizona.

To: United States District Court of the District of Arizona

To Whom It May Concern:

I am writing this letter as a motion to quash the release of my personal records pursuant to the above mentioned case. My objection to the release of this information is based on the fact that I have never downloaded legally or illegally, movies from the Internet. I have spoken with Century Link. They have not been able to find any instance in which I accessed or downloaded any movie, legally or illegally. They also told me that if this had occurred, I would have had a DMCA Violation and that my account would have been turned off immediately. My account has been active for 9 years. My account has never been deactivated. I did not download this movie from my computer. Neither did anyone with whom I am associated.

Also, I subscribe to Netflix, which I have done for over 9 years. The movie in question, Dead Season, is available on Netflix. I can have access to this movie at any time through Netflix. This movie can also be streamed through Netflix, to which I am a subscriber. Therefore, why would I download this movie illegally? I did not download this movie illegally nor am I aware of anyone who has.

Thank You,

*Nancy DeArman*
Nancy DeArman

38626 S. Sand Crest Dr.
Tucson, AZ 85739

Court Clerk
401 W Washington St.
Phoenix, AZ 85003

RECEIVED
SEP 30 2013
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
THE DISTRICT OF ARIZONA

PHOENIX AZ 850
29 SEP 2013 PM 5 L

85003211799